**FILED**

**JAN 17 2017**

DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:17-CR-*001*

DANIEL WAYNE EASLEY and
JASON THOMAS WILLIAMS

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 30, 2016, in the Northern District of Mississippi, DANIEL WAYNE EASLEY, defendant, aided and abetted by JASON THOMAS WILLIAMS, defendant, did knowingly steal, purloin, and convert to his own use goods and property of the United States, that is, a Stihl Limb Saw, a Stihl Backpack Blower, and a Stihl Chainsaw, all belonging to the National Park Service, of a total value exceeding $1,000, in violation of 18 U.S.C. § 641.

### COUNT TWO

On or about July 6, 2016, in the Northern District of Mississippi, DANIEL WAYNE EASLEY, defendant, did knowingly steal, purloin, and convert to his own use goods and property of the United States, that is, a John Deere 5100M tractor, a Woods BW180 Brush Hog, a hydraulic winch mounted on a headache rack, and various other items including assorted tools, all belonging to the National Park Service, of a total value exceeding $1,000, in violation of 18 U.S.C. § 641.

**A TRUE BILL**

_____              /s/redacted signature_____
**UNITED STATES ATTORNEY**           **FOREPERSON**